```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CATTLE NATIONAL BANK & TRUST COMPANY, a national banking organization, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3302 |
| v. | ) ) | |
| JOHN E. INGERSLEW, Trustee of the Neill D. Ingerslew Family Trust and Trustee of the Neill D. Ingerslew Marital Trust, and RICHARD MULL, an individual, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The parties' joint oral motion for an extension of the deadline to file their Report of Parties' Planning Conference is granted. The parties are hereby given until May 30, 2007 to electronically file their Rule 26 meeting report.

DATED this 4th day of May, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge