IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CATTLE NATIONAL BANK & TRUST COMPANY, a National Banking Organization, | ) ) ) ) | 4:06CV3302 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| JOHN E. INGERSLEW, Trustee of the Neill D. Ingerslew Family Trust, JOHN E. INGERSLEW, Trustee of the Neill D. Ingerslew Marital Trust, and RICHARD MULL, an Individual, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Upon the suggestion of bankruptcy filed by defendant Richard Mull (filing 13),

IT IS ORDERED that:

1) This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2) This case shall be terminated for statistical purposes by the Clerk of the United States District Court for the District of Nebraska; and

3) The Clerk of the United States District Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

May 21, 2007.                              BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge