```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CATTLE NATIONAL BANK & TRUST COMPANY, a national banking organization, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3302 |
| v. | ) ) | |
| JOHN E. INGERSLEW, Trustee of the Neill D. Ingerslew Family Trust and Trustee of the Neill D. Ingerslew Marital Trust, and RICHARD MULL, an individual, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

In accordance with the court's order of July 23, 2007,

IT IS ORDERED,

Counsel shall "meet and confer" in accordance with Rule 26(f) of the Federal Rules of Civil Procedure and file their report of planning meeting on or before August 29, 2007. Alternatively, counsel may request a telephone conference with the undersigned to address matters of scheduling or progression of the case pursuant to Rule 16 of the Federal Rules of Civil Procedure by contacting chambers.

DATED this 8th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge