```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

CATTLE NATIONAL BANK & TRUST    )
COMPANY, a national banking     )
organization,                   )
                                )
              Plaintiff,        )         4:06CV3302
                                )
        v.                      )
                                )
JOHN E. INGERSLEW, et al.,      )         ORDER
                                )
              Defendants.       )
                                )
```

IT IS ORDERED:

The joint motion to stay proceedings, filing 18, is granted and this case is stayed for a period of six months or until further agreement of the parties, whichever comes first.

DATED this 18th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge